UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

WILLIAM H. OLIVER, JR.
2240 Highway 33 - Suite 112
Neptune, NJ  07753
732-988-1500
WO-7129
Attorney for Debtor

**Order Filed on April 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Adelaide Anna Starmer

| | |
|---|---|
| Case No.: | 19-10304 |
| Chapter: | 13 |
| Judge: | CMG |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 26, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___January 23, 2019___ :

Property:   234 Pennant Avenue, Beachwood, NJ 08722

Creditor:   Wells Fargo Home Mortgage

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by ___Attorney for Debtor___, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___July 23, 2019___ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

United States Bankruptcy Court
District of New Jersey

In re:  
Adelaide Anna Starmer  
    Debtor

Case No. 19-10304-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Apr 26, 2019  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2019.  
db          +Adelaide Anna Starmer,    234 Pennant Avenue,    Beachwood, NJ 08722-3934

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2019                                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2019 at the address(es) listed below:  
        Albert    Russo    docs@russotrustee.com  
        Denise E. Carlon    on behalf of Creditor    SG Mortgage Securities Trust 2006-FRE2, Asset Backed  
         Certificates, Series 2006-FRE2, U.S. Bank National Association, as Trustee  
         dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        Rebecca Ann Solarz    on behalf of Creditor    SG Mortgage Securities Trust 2006-FRE2, Asset Backed  
         Certificates, Series 2006-FRE2, U.S. Bank National Association, as Trustee  
         rsolarz@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
        William H. Oliver, Jr.    on behalf of Debtor Adelaide Anna Starmer bkwoliver@aol.com,  
         R59915@notify.bestcase.com  
                                                                                                                                                                                            TOTAL: 5