Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 19−10304−CMG
                Chapter: 13
                Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Adelaide Anna Starmer
   234 Pennant Avenue
   Beachwood, NJ 08722

Social Security No.:
   xxx−xx−6394

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on October 22, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 38 − 37
Order Granting Application for Extension of Loss Mitigation (Related Doc # 37). Loss Mitigation Period Extended to: 1/23/2020. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/22/2019. (bwj)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 22, 2019
JAN: bwj

                                                                                    Jeanne Naughton
                                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-10304-CMG
Adelaide Anna Starmer                                                 Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Oct 22, 2019
                              Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2019.
lm          Wells Fargo Home Mortgage,   1 Home Campus,   Des Moines, IA   50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2019 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   SG Mortgage Securities Trust 2006-FRE2, Asset Backed
           Certificates, Series 2006-FRE2, U.S. Bank National Association, as Trustee
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor   SG Mortgage Securities Trust 2006-FRE2, Asset Backed
           Certificates, Series 2006-FRE2, U.S. Bank National Association, as Trustee
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.   on behalf of Debtor Adelaide Anna Starmer bkwoliver@aol.com,
           R59915@notify.bestcase.com
                                                                                             TOTAL: 5