Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.: 19−10304−CMG
                    Chapter: 13
                    Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Adelaide Anna Starmer
   234 Pennant Avenue
   Beachwood, NJ 08722

Social Security No.:
   xxx−xx−6394

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on January 23, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 42 − 41
Order Granting Application for Extension of Loss Mitigation (Related Doc # 41). Loss Mitigation Period Extended to: 4/23/2020. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/23/2020. (rms)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 23, 2020
JAN: rms

                                                                        Jeanne Naughton
                                                                       Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                              Case No. 19-10304-CMG
Adelaide Anna Starmer                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin             Page 1 of 1              Date Rcvd: Jan 23, 2020
                             Form ID: orderntc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2020.
lm          Wells Fargo Home Mortgage,    1 Home Campus,    Des Moines, IA  50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2020 at the address(es) listed below:
    Albert   Russo    docs@russotrustee.com
    Denise E. Carlon    on behalf of Creditor    SG Mortgage Securities Trust 2006-FRE2, Asset Backed
     Certificates, Series 2006-FRE2, U.S. Bank National Association, as Trustee
     dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
    Rebecca Ann Solarz    on behalf of Creditor    SG Mortgage Securities Trust 2006-FRE2, Asset Backed
     Certificates, Series 2006-FRE2, U.S. Bank National Association, as Trustee
     rsolarz@kmllawgroup.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
    William H. Oliver, Jr.    on behalf of Debtor Adelaide Anna Starmer courtdocs@oliverandlegg.com,
     R59915@notify.bestcase.com
                                                                           TOTAL: 5