Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−10304−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Adelaide Anna Starmer
   234 Pennant Avenue
   Beachwood, NJ 08722

Social Security No.:
   xxx−xx−6394

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:       7/1/20
Time:       12:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
William H. Oliver, Jr., Debtor's Attorney

COMMISSION OR FEES
Fees: $1,082.50

EXPENSES
$75.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: May 20, 2020
JAN:

    Jeanne Naughton
    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-10304-CMG
Adelaide Anna Starmer                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2             Date Rcvd: May 20, 2020
                              Form ID: 137             Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2020.
```
db             +Adelaide Anna Starmer,    234 Pennant Avenue,    Beachwood, NJ 08722-3934
lm              Wells Fargo Home Mortgage,    1 Home Campus,    Des Moines, IA 50328-0001
517955714      +D&D Auto Brokers,    c/o Donna L Thompson,    PO Box 170,    Allenwood, NJ 08720-0170
517955715      +D&D Auto Brokers,    1589 Route 9,    Toms River, NJ 08755-3208
517955719      +Foreclosure Processing Service,    Superior Court Clerk,    PO Box 971,    Trenton, NJ 08625-0971
518778226       KHEAA,    P.O. BOX 798,    FRANKFORT KY 40602-0798
518778227       KHEAA,    P.O. BOX 798,    FRANKFORT KY 40602-0798,    KHEAA,    P.O. BOX 798,
                 FRANKFORT KY 40602-0798
517955722      +Middlesex/Monmouth Gastro,    222 Schanck Road, Suite 302,    Freehold, NJ 07728-2974
518008526      +Navient Solutions, LLC. on behalf of,    NJHEAA,    PO BOX 548,    Trenton, NJ 08625-0548
517955725      +Ocean County Sheriff's Office,    120 Hooper Avenue,    Toms River, NJ 08753-7606
517955726      +Ocean County Superior Court,    Special Civil Part re DC 007056-04,    118 Washington Street,
                 Toms River, NJ 08753-7626
517955728     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                 P.O. Box 245,    Trenton, NJ 08695-0245)
518124426      +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518023293       Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
517955731      +Wells Fargo Home Mortgage,    c/o Shapiro & DeNardo, LLC,    14000 Commerce Parkway, Suite B,
                 Mount Laurel, NJ 08054-2242
517955733      +Wf/fmg,    Po Box 14517,    Des Moines, IA 50306-3517
517955732      +Wf/fmg,    Attn: Bankruptcy,    Po Box 51193,    Los Angeles, CA 90051-5493
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 20 2020 22:38:48      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 20 2020 22:38:46      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517955711       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 20 2020 22:47:56      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
517955710      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 20 2020 22:47:56      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518044941      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 20 2020 22:49:12
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517955717      +E-mail/PDF: pa_dc_ed@navient.com May 20 2020 22:49:05      Dept of Ed / Navient,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
517955716      +E-mail/PDF: pa_dc_ed@navient.com May 20 2020 22:49:04      Dept of Ed / Navient,
                 Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
517955718      +E-mail/Text: e.salmons@doveroilcompany.com May 20 2020 22:38:49      Dover Oil Co.,
                 239 Dover Road,    Toms River, NJ 08757-5142
517955720       E-mail/Text: sbse.cio.bnc.mail@irs.gov May 20 2020 22:38:25      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
517955712       E-mail/PDF: ais.chase.ebn@americaninfosource.com May 20 2020 22:48:24      Chase Card Services,
                 Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850
517955713       E-mail/PDF: ais.chase.ebn@americaninfosource.com May 20 2020 22:48:24      Chase Card Services,
                 P.o. Box 15298,    Wilmington, DE 19850
517955721      +E-mail/Text: bankruptcy@savit.com May 20 2020 22:39:14      Middlesex-Monmouth Gastro,
                 c/o SaVit Collection Agency,    Attn: Bankruptcy,    Po Box 250,    East Brunswick, NJ 08816-0250
517955723      +E-mail/PDF: pa_dc_claims@navient.com May 20 2020 22:48:00      Navient,    Attn: Bankruptcy,
                 Po Box 9000,    Wiles-Barr, PA 18773-9000
517955724      +E-mail/PDF: pa_dc_claims@navient.com May 20 2020 22:48:29      Navient,    123 S Justison St,
                 Wilmington, DE 19801-5363
518124718       E-mail/PDF: pa_dc_claims@navient.com May 20 2020 22:49:04
                 Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
517955727      +E-mail/Text: bankruptcy@savit.com May 20 2020 22:39:14      SaVit Collection Agency,
                 46 W Ferris St,    East Brunswick, NJ 08816-2159
517955729      +E-mail/PDF: gecsedi@recoverycorp.com May 20 2020 22:48:46      Synchrony Bank/Care Credit,
                 Attn: Bankruptcy Dept,    Po Box 965061,    Orlando, FL 32896-5061
517955730      +E-mail/PDF: gecsedi@recoverycorp.com May 20 2020 22:48:49      Synchrony Bank/Care Credit,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
                                                                                              TOTAL: 18
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: May 20, 2020
                              Form ID: 137             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2020 at the address(es) listed below:

```
          Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    SG Mortgage Securities Trust 2006-FRE2, Asset Backed
           Certificates, Series 2006-FRE2, U.S. Bank National Association, as Trustee
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    SG Mortgage Securities Trust 2006-FRE2, Asset Backed
           Certificates, Series 2006-FRE2, U.S. Bank National Association, as Trustee
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.    on behalf of Debtor Adelaide Anna Starmer courtdocs@oliverandlegg.com,
           R59915@notify.bestcase.com
                                                                                              TOTAL: 6
```