**Order Filed on June 12, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: __19-10304-CMG__ |
| Adelaide Anna Starmer | Chapter: __13__ |
| | Hearing Date: __6/3/20__ |
| | Judge: __Gravelle__ |

# ORDER VACATING

Order Granting Application for Extension of Loss Mitigation (Related Doc # 48). Loss Mitigation Period Extended to: 7/27/20

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 12, 2020**

*Christine M. Gravelle*

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court on its own motion finds that the:

Order Granting Application for Extension of Loss Mitigation (Related Doc # 48). Loss Mitigation Period Extended to: 7/27/20

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated _____6/4/20_____, be and the same is hereby vacated.

*revised 2/25/14*