Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.: 19−10304−CMG
                              Chapter: 13
                              Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Adelaide Anna Starmer
   234 Pennant Avenue
   Beachwood, NJ 08722

Social Security No.:
   xxx−xx−6394

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/19/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 19, 2020
JAN: rms

                                                             Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Adelaide Anna Starmer  
    Debtor

Case No. 19-10304-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Jun 19, 2020  
                       Form ID: 148    Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2020.
```
db           +Adelaide Anna Starmer,    234 Pennant Avenue,    Beachwood, NJ 08722-3934
517955714    +D&D Auto Brokers,    c/o Donna L Thompson,    PO Box 170,    Allenwood, NJ 08720-0170
517955715    +D&D Auto Brokers,    1589 Route 9,    Toms River, NJ 08755-3208
517955719    +Foreclosure Processing Service,    Superior Court Clerk,    PO Box 971,    Trenton, NJ 08625-0971
518778226     KHEAA,    P.O. BOX 798,    FRANKFORT KY 40602-0798
518778227     KHEAA,    P.O. BOX 798,    FRANKFORT KY 40602-0798,    KHEAA,    P.O. BOX 798,
               FRANKFORT KY 40602-0798
517955722    +Middlesex/Monmouth Gastro,    222 Schanck Road, Suite 302,    Freehold, NJ 07728-2974
518008526    +Navient Solutions, LLC. on behalf of,    NJHEAA,    PO BOX 548,    Trenton, NJ 08625-0548
517955725    +Ocean County Sheriff's Office,    120 Hooper Avenue,    Toms River, NJ 08753-7606
517955726    +Ocean County Superior Court,    Special Civil Part re DC 007056-04,    118 Washington Street,
               Toms River, NJ 08753-7626
517955728    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
               P.O. Box 245,    Trenton, NJ 08695-0245)
518124426    +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517955731    +Wells Fargo Home Mortgage,    c/o Shapiro & DeNardo, LLC,    14000 Commerce Parkway, Suite B,
               Mount Laurel, NJ 08054-2242
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jun 20 2020 02:20:12      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 20 2020 02:20:09      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
lm            EDI: WFFC.COM Jun 20 2020 05:18:00      Wells Fargo Home Mortgage,    1 Home Campus,
               Des Moines, IA 50328-0001
517955711     EDI: CAPITALONE.COM Jun 20 2020 05:18:00      Capital One,    15000 Capital One Dr,
               Richmond, VA 23238
517955710    +EDI: CAPITALONE.COM Jun 20 2020 05:18:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
               Salt Lake City, UT 84130-0285
518044941    +EDI: AIS.COM Jun 20 2020 05:18:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
               Oklahoma City, OK 73118-7901
517955717    +EDI: NAVIENTFKASMDOE.COM Jun 20 2020 05:18:00      Dept of Ed / Navient,    Po Box 9635,
               Wilkes Barre, PA 18773-9635
517955716    +EDI: NAVIENTFKASMDOE.COM Jun 20 2020 05:18:00      Dept of Ed / Navient,    Attn: Claims Dept,
               Po Box 9635,    Wilkes Barr, PA 18773-9635
517955718    +E-mail/Text: e.salmons@doveroilcompany.com Jun 20 2020 02:20:17      Dover Oil Co.,
               239 Dover Road,    Toms River, NJ 08757-5142
517955720     EDI: IRS.COM Jun 20 2020 05:18:00      Internal Revenue Service,    PO Box 7346,
               Philadelphia, PA 19101-7346
517955712     EDI: JPMORGANCHASE Jun 20 2020 05:18:00      Chase Card Services,    Correspondence Dept,
               Po Box 15298,    Wilmington, DE 19850
517955713     EDI: JPMORGANCHASE Jun 20 2020 05:18:00      Chase Card Services,    P.o. Box 15298,
               Wilmington, DE 19850
517955721    +E-mail/Text: bankruptcy@savit.com Jun 20 2020 02:21:28      Middlesex-Monmouth Gastro,
               c/o SaVit Collection Agency,    Attn: Bankruptcy,    Po Box 250,    East Brunswick, NJ 08816-0250
517955723    +EDI: NAVIENTFKASMSERV.COM Jun 20 2020 05:18:00      Navient,    Attn: Bankruptcy,    Po Box 9000,
               Wiles-Barr, PA 18773-9000
517955724    +EDI: NAVIENTFKASMSERV.COM Jun 20 2020 05:18:00      Navient,    123 S Justison St,
               Wilmington, DE 19801-5363
518124718     EDI: NAVIENTFKASMSERV.COM Jun 20 2020 05:18:00      Navient Solutions, LLC. on behalf of,
               Department of Education Loan Services,    PO BOX 9635,    Wilkes-Barre, PA 18773-9635
517955727    +E-mail/Text: bankruptcy@savit.com Jun 20 2020 02:21:28      SaVit Collection Agency,
               46 W Ferris St,    East Brunswick, NJ 08816-2159
517955729    +EDI: RMSC.COM Jun 20 2020 05:18:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,
               Po Box 965061,    Orlando, FL 32896-5061
517955730    +EDI: RMSC.COM Jun 20 2020 05:18:00      Synchrony Bank/Care Credit,    C/o Po Box 965036,
               Orlando, FL 32896-0001
518023293     EDI: WFFC.COM Jun 20 2020 05:18:00      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
               Des Moines, IA 50306-0438
517955733    +EDI: WFFC.COM Jun 20 2020 05:18:00      Wf/fmg,    Po Box 14517,    Des Moines, IA 50306-3517
517955732    +EDI: WFFC.COM Jun 20 2020 05:18:00      Wf/fmg,    Attn: Bankruptcy,    Po Box 51193,
               Los Angeles, CA 90051-5493
                                                                                               TOTAL: 22
```

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0312-3            User: admin              Page 2 of 2               Date Rcvd: Jun 19, 2020
                                Form ID: 148             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2020 at the address(es) listed below:

    Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
    Albert   Russo    docs@russotrustee.com
    Denise E. Carlon    on behalf of Creditor    SG Mortgage Securities Trust 2006-FRE2, Asset Backed
      Certificates, Series 2006-FRE2, U.S. Bank National Association, as Trustee
      dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Rebecca Ann Solarz    on behalf of Creditor    SG Mortgage Securities Trust 2006-FRE2, Asset Backed
      Certificates, Series 2006-FRE2, U.S. Bank National Association, as Trustee
      rsolarz@kmllawgroup.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
    William H. Oliver, Jr.    on behalf of Debtor Adelaide Anna Starmer courtdocs@oliverandlegg.com,
      R59915@notify.bestcase.com

                                                                                                                                      TOTAL: 6